IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

James D. Hildreth  
Eldora B. Hildreth  
Debtors

Bankruptcy Case No. 05-80117-WRS  
Chapter 13

RECEIVED 2007 MAR -8

3:07CV209-wha

## TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On:**     March 8, 2007

**Notice of Appeal Filed:**     February 16, 2007

**Contents of Record:**
**Designated Items of Appellant(s):**   February 26, 2007
**Amended Designated Items of Appellant(s):**   February 27, 2007
**Designated Items of Appellee:**   None

**Remarks:**

**Filing Fee Paid on February 16, 2007 : $255.00 Rec#2160150 (BK docket #46)**

**Request for Transcript:**     February 26, 2007
PLEASE NOTE: TRANSCRIPT HAS NOT BEEN RECEIVED.  SEE BK DOCKET #55 - TRANSCRIPTIONS'S ACKNOWLEDGMENT INDICATES AN ESTIMATED COMPLETION DATE OF 3/25/2007.

PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET

FROM: /s/ Richard S. Oda, Clerk
        United States Bankruptcy Court

        Dianne M. Segrest
        Deputy Clerk

3:07 CV 209 - WHA          APPEAL

# U.S. Bankruptcy Court
# Middle District of Alabama (Opelika)
# Bankruptcy Petition #: 05-80117
Internal Use Only

*Assigned to:* William R. Sawyer  
Chapter 13  
Voluntary  
Asset

*Date Filed:* 01/26/2005

*Debtor*  
**James D. Hildreth**  
9 Redfield Drive  
Phenix City, AL 36869  
SSN: 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

represented by **F. Patrick Loftin**  
Loftin, Loftin & Hall  
Post Office Box 2566  
Phenix City, AL  
36868-2566  
334 297-1870  
Email: FPLoftin@BellSouth.net

*Joint Debtor*  
**Eldora B. Hildreth**  
9 Redfield Drive  
Phenix City, AL 36869  
SSN: 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

represented by **F. Patrick Loftin**  
(See above for address)

*Bankruptcy Admin.*  
**Bankruptcy Administrator**  
U. S. Bankruptcy Administrator  
One Church Street  
Montgomery, AL 36104

*Trustee*  
**Curtis C. Reding**  
P. O. Box 173

Montgomery, AL 36101
334 262-8371

| Filing Date | # | Docket Text |
|---|---|---|
| 01/26/2005 | 1 | Chapter 13 Voluntary Petition. Fee Amount $194. Filed by F. Patrick Loftin on behalf of James D. Hildreth, James D. Hildreth. (Attachments: # 1 Declaration re: Electronic Filing of Petitions and Schedules) (Loftin, F.) (Entered: 01/26/2005) |
| 01/26/2005 | 2 | Receipt of Voluntary Petition (Chapter 13).(05-80117) [misc,volp13a] ( 194.00) filing fee. Receipt number 1262794, amount $ 194.00. (U.S. Treasury) (Entered: 01/26/2005) |
| 01/26/2005 | 3 | Chapter 13 Plan. The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. Filed by F. Patrick Loftin on behalf of James D. Hildreth, James D. Hildreth. (Loftin, F.) (Entered: 01/26/2005) |
| 01/27/2005 | 4 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 03/15/2005 at 10:00 AM in Opelika Federal Courthouse, U.S. Bankruptcy Court. Confirmation hearing to be held 04/13/2005 at 11:00 AM in Opelika Federal Courthouse, U.S. Bankruptcy Court. The Trustee appointed to this case is Curtis C. Reding. Deadline to file Proofs of Claim is 06/13/2005. (Entered: 01/27/2005) |
| 01/27/2005 | | New Case Received and Reviewed for Accuracy. (RK, ) (Entered: 01/27/2005) |
| 01/29/2005 | 5 | BNC Certificate of Service - Meeting of Creditors |

| | | |
|---|---|---|
| | | - (RE: related document(s)4 Auto Assign Meeting of Creditors-Ch 13, ). No. of Notices: 8. Service Date 01/29/2005. (Admin.) (Entered: 01/30/2005) |
| 01/29/2005 | 6 | BNC Certificate of Service - Chapter 13 Plan - (RE: related document(s)3 Chapter 13 Plan). No. of Notices: 7. Service Date 01/29/2005. (Admin.) (Entered: 01/30/2005) |
| 03/16/2005 | 7 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by Trustee Curtis C. Reding (RE: related document(s)4 Auto Assign Meeting of Creditors-Ch 13, ). (Reding, Curtis-MM) (Entered: 03/16/2005) |
| 04/22/2005 | 8 | Trustee's Summary of Confirmed Ch 13 Plan and Request for Order Confirming Plan. (Reding, Curtis-EC) (Entered: 04/22/2005) |
| 04/22/2005 | 9 | Order Confirming Chapter 13 Plan (Certificate of Service will be filed within 5 days) Entered On 4/22/2005 (RE: related document(s)8 Trustee's Summary of Confirmed Ch 13 Plan, 4 Auto Assign Meeting of Creditors-Ch 13, ). (RK, ) (Entered: 04/22/2005) |
| 04/24/2005 | 10 | BNC Certificate of Service - Order Confirming Ch 13 Plan - (RE: related document(s)9 Order Confirming Chapter 13 Plan). No. of Notices: 8. Service Date 04/24/2005. (Admin.) (Entered: 04/25/2005) |
| 04/28/2005 | 11 | Notice of Appearance and Request for Notice Filed by Gene R. Clark on behalf of Washington Mutual Bank, FA. (Clark, Gene) (Entered: 04/28/2005) |

| 11/04/2005 | 12 | Trustee's Motion to Conditionally Dismiss Case (ExParte). Responses due by 11/28/2005. (Reding, Curtis-EC) (Entered: 11/04/2005) |
|---|---|---|
| 11/23/2005 | 13 | Motion for Relief from Stay. Fee Amount $150. Filed by Diane C. Murray on behalf of Washington Mutual Bank, FA. Responses due by 1/9/2006. (Attachments: # 1 mtg) (Murray, Diane) (Entered: 11/23/2005) |
| 11/23/2005 | 14 | Receipt of Motion for Relief From Stay(05-80117) [motion,mrlfsty] ( 150.00) filing fee. Receipt number 1654564, amount $ 150.00. (U.S. Treasury) (Entered: 11/23/2005) |
| 11/29/2005 | 15 | Order Of Dismissal (RE: related document(s)12 Trustee's Motion to Conditionally Dismiss Case (ExParte)). (RK, ) (Entered: 11/29/2005) |
| 12/01/2005 | 16 | BNC Certificate of Service - See Image Attached - (RE: related document(s)15 Order Of Dismissal). No. of Notices: 6. Service Date 12/01/2005. (Admin.) (Entered: 12/02/2005) |
| 12/02/2005 | 17 | Final Report and Final Account of Ch 13 Trustee (Payments to Creditors). (Reding, Curtis-EC) (Entered: 12/02/2005) |
| 12/05/2005 | 18 | DISREGARD ENTRY - INCORRECT EVENT USED - REDOCKETED AT DOC #19 - Objection to *Trustee's Motion to Dismiss and/or Motion to Reinstate Case* Filed by F. Patrick Loftin on behalf of Eldora B. Hildreth, James D. Hildreth (RE: related document(s)12 Trustee's Motion to Conditionally Dismiss Case (ExParte)). (Loftin, F.) Modified text on 12/5/2005 (RK, ). (Entered: 12/05/2005) |

| | | |
|---|---|---|
| 12/05/2005 | 19 | Motion to Reinstate Case Filed by F. Patrick Loftin on behalf of Eldora B. Hildreth, James D. Hildreth. (RK, ) (Entered: 12/05/2005) |
| 12/05/2005 | | Case could not be closed because Motion to Reinstate Case has been filed, Flags: AwCAact6 and TrFnlRptAct flag(s) removed. Close Case Follow Up Review due on 1/4/2006. (RK, ) (Entered: 12/05/2005) |
| 12/20/2005 | 20 | Notice of Hearing Set (RE: related document(s)19 Motion to Reinstate Case). Hearing scheduled for 1/18/2006 at 10:00 AM at Opelika Federal Courthouse, U.S. Bankruptcy Court. (JPC, ) (Entered: 12/20/2005) |
| 01/05/2006 | | Case could not be closed because Hrg. is Scheduled on Motion to Reinstate Case (RE: related document(s) Close Case Follow Up Review - Cannot Close Case, Flags Set-Reset). Close Case Follow Up Review due on 1/23/2006. (RK, ) (Entered: 01/05/2006) |
| 01/12/2006 | 21 | Order Denying Motion For Relief From Stay of Washington Mutual Bank (Related Doc # 13) Entered On 1/12/2006. (BL, ) (Entered: 01/12/2006) |
| 01/24/2006 | 22 | Order Granting Motion To Reinstate Case (Related Doc # 19) Entered On 1/24/2006. (RK, ) (Entered: 01/24/2006) |
| 01/24/2006 | | Flags: REOPENED flag(s) set, DISMISSED, CANTCLOSE, and AwCAact14 flag(s) removed. (RK, ) (Entered: 01/24/2006) |

| | | |
|---|---|---|
| 01/24/2006 | | Flags: REOPENED flag(s) removed, Case was Dismissed but never closed. (RK, ) (Entered: 01/24/2006) |
| 01/24/2006 | | Close Case follow up Review Deadline terminated, Case has been Reinstated. (RK, ) (Entered: 01/24/2006) |
| 01/26/2006 | 23 | Motion *To Set Aside Order Denying Motion for Relief and Request To Set Hearing* Filed by Susannah R. Walker on behalf of Washington Mutual Bank, FA (RE: related document(s)21 Order on Motion For Relief From Stay). (Walker, Susannah) (Entered: 01/26/2006) |
| 01/26/2006 | 24 | BNC Certificate of Service - See Image Attached - (RE: related document(s)22 Order on Motion to Reinstate Case). No. of Notices: 7. Service Date 01/26/2006. (Admin.) (Entered: 01/27/2006) |
| 01/31/2006 | 25 | Notice of Hearing Set (RE: related document(s)23 Washington Mutual Bank Motion to Set Aside Order Denying Motion for Relief from Stay). Hearing scheduled for 2/22/2006 at 10:00 AM at Opelika Federal Courthouse, U.S. Bankruptcy Court. (JPC, ) (Entered: 01/31/2006) |
| 03/07/2006 | 26 | Order Granting Motion to Set Aside Order, Order Conditionally Denying Relief From Stay (Related Doc # 21, 23) Entered On 3/7/2006. (RK, ) (Entered: 03/07/2006) |
| 03/09/2006 | 27 | BNC Certificate of Service - See Image Attached - (RE: related document(s)26 Order). No. of Notices: 2. Service Date 03/09/2006. (Admin.) (Entered: 03/10/2006) |

| 11/03/2006 | 28 | Motion For Contempt Filed by F. Patrick Loftin on behalf of Eldora B. Hildreth, James D. Hildreth. (Attachments: # 1 Exhibit Exhibti A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C) (Loftin, F.) (Entered: 11/03/2006) |
|---|---|---|
| 11/06/2006 | 29 | Notice of Hearing Set (RE: related document(s)28 Debtors' Motion for Contempt). Hearing scheduled for 12/6/2006 at 10:00 AM at Opelika Federal Courthouse, U.S. Bankruptcy Court. (JPC, ) (Entered: 11/06/2006) |
| 12/07/2006 | | Matter Under Advisement Re:. Matter Under Advisement Due by 12/7/2006. (Sawyer, William) (Entered: 12/07/2006) |
| 12/11/2006 | 30 | Affidavit Re: *Time Expended on Motion for Contempt* Filed by F. Patrick Loftin on behalf of Eldora B. Hildreth, James D. Hildreth. (RE: Related Document #28) (Loftin, F.) Modified text and added Related DE# on 12/12/2006 (RK, ). (Entered: 12/11/2006) |
| 12/14/2006 | 31 | Order Imposing Sanctions against Washington Mutual (Related Doc # 28) Entered On 12/14/2006. (Pugh, Rebekah) (Entered: 12/14/2006) |
| 12/14/2006 | 32 | MEMORANDUM DECISION/OPINION - Authored by Judge William Sawyer. Entered On 12/14/2006. (Pugh, Rebekah) (Entered: 12/14/2006) |
| 12/14/2006 | | Matter Under Advisement Complete (RE: related document(s) Set Matter Under Advisement Deadline). (Sawyer, William) (Entered: 12/14/2006) |

| 12/16/2006 | 33 | BNC Certificate of Service - See Image Attached - (RE: related document(s)31 Order on Motion for Contempt). No. of Notices: 1. Service Date 12/16/2006. (Admin.) (Entered: 12/17/2006) |
|---|---|---|
| 12/16/2006 | 34 | BNC Certificate of Service - See Image Attached - (RE: related document(s)32 Opinion). No. of Notices: 1. Service Date 12/16/2006. (Admin.) (Entered: 12/17/2006) |
| 12/21/2006 | 35 | Motion to Reconsider/ Set Aside Filed by Susannah R. Walker on behalf of Washington Mutual Bank, FA (RE: related document(s)31 Order on Motion for Contempt). (Walker, Susannah) (Entered: 12/21/2006) |
| 01/04/2007 | 36 | Order Setting Evidentiary Hearing Entered On 1/4/2007 (RE: related document(s)35 Motion to Reconsider/ Set Aside filed by Creditor Washington Mutual Bank, FA). Hearing scheduled for 1/10/2007 at 11:30 AM at Opelika Federal Courthouse, U.S. Bankruptcy Court. (RK, ) (Entered: 01/04/2007) |
| 01/06/2007 | 37 | BNC Certificate of Service - See Image Attached - (RE: related document(s)36 Order on Motion To Set Hearing, ). No. of Notices: 2. Service Date 01/06/2007. (Admin.) (Entered: 01/07/2007) |
| 01/15/2007 | 38 | Brief *in Support of Motion to Reconsider* Filed by Susannah R. Walker on behalf of Washington Mutual Bank (RE: related document(s)35 Motion to Reconsider/ Set Aside filed by Creditor Washington Mutual Bank, FA). (Walker, Susannah) (Entered: 01/15/2007) |
| 01/15/2007 | 39 | Exhibit *"A"* Filed by Susannah R. Walker on |

| | | |
|---|---|---|
| | | behalf of Washington Mutual Bank (RE: related document(s)38 Brief filed by Creditor Washington Mutual Bank). (Walker, Susannah) (Entered: 01/15/2007) |
| 01/19/2007 | 40 | Order Setting Status Conference Entered On 1/19/2007. Scheduling Conference set for 2/6/2007 at 02:00 PM at Telephone Hearing, 1-800-347-3350, Chairperson is William Livingston. (RK, ) (Entered: 01/19/2007) |
| 02/09/2007 | 41 | Order Denying Motion To Reconsider/ Set Aside (Related Doc # 35) Entered On 2/9/2007. (Pugh, Rebekah) Additional attachment(s) added on 2/9/2007 (YP, ). Modified to enter correct pdf order on 2/9/2007 (YP, ). (Entered: 02/09/2007) |
| 02/09/2007 | 42 | MEMORANDUM DECISION/OPINION - Authored by Judge William Sawyer. Entered On 2/9/2007. (Pugh, Rebekah) (Entered: 02/09/2007) |
| 02/11/2007 | 43 | BNC Certificate of Service - See Image Attached - (RE: related document(s)41 Order on Motion To Reconsider/ Set Aside). No. of Notices: 7. Service Date 02/11/2007. (Admin.) (Entered: 02/11/2007) |
| 02/11/2007 | 44 | BNC Certificate of Service - See Image Attached - (RE: related document(s)42 Opinion). No. of Notices: 1. Service Date 02/11/2007. (Admin.) (Entered: 02/11/2007) |
| 02/16/2007 | 45 | Notice of Appeal . Fee Amount $255. Filed by Susannah R. Walker on behalf of Washington Mutual Bank, FA (RE: related document(s)31 Order on Motion for Contempt, 41 Order on Motion To Reconsider/ Set Aside). Appellant Designation due by 2/26/2007. Transmission of |

| | | |
|---|---|---|
| | | Designation Due by 3/8/2007. (Walker, Susannah) (Entered: 02/16/2007) |
| 02/16/2007 | 46 | Receipt of Notice of Appeal(05-80117) [appeal,ntcapl] ( 255.00) filing fee. Receipt number 2160150, amount $ 255.00. (U.S. Treasury) (Entered: 02/16/2007) |
| 02/20/2007 | 47 | Notice Service of Notice of Appeal. Civil Action Number: RE: related document(s)45 Notice of Appeal Filed by Susannah R. Walker on behalf of Washington Mutual Bank, FA. Attachments: # 1 Instructions for Appellant)(DS, ) Modified on 2/20/2007 (DS, ). (Entered: 02/20/2007) |
| 02/20/2007 | 48 | Regenerate Forms (RE: related document(s)47 Notice Service of Notice of Appeal, ). For Proper noticing. Modified text on 2/20/2007 (DS, ). (Entered: 02/20/2007) |
| 02/22/2007 | 49 | BNC Certificate of Service - See Image Attached - (RE: related document(s)47 Notice Service of Notice of Appeal, ). No. of Notices: 2. Service Date 02/22/2007. (Admin.) (Entered: 02/23/2007) |
| 02/23/2007 | 50 | BNC Certificate of Service - See Image Attached - (RE: related document(s)48 Regenerate Form - utility event.). No. of Notices: 1. Service Date 02/23/2007. (Admin.) (Entered: 02/24/2007) |
| 02/26/2007 | 51 | Request for Transcript re: Appeal *re: 12-6-06* Filed by Susannah R. Walker on behalf of Washington Mutual Bank, FA (RE: related document(s)45 Notice of Appeal, filed by Creditor Washington Mutual Bank, FA). Transcript Due by 3/26/2007. (Walker, Susannah) (Entered: 02/26/2007) |

| | | |
|---|---|---|
| 02/26/2007 | 52 | Request for Transcript re: Appeal *re: 1/10/2007* Filed by Susannah R. Walker on behalf of Washington Mutual Bank, FA (RE: related document(s)45 Notice of Appeal, filed by Creditor Washington Mutual Bank, FA, 51 Request for Transcript re: Appeal, filed by Creditor Washington Mutual Bank, FA). Transcript Due by 3/26/2007. (Walker, Susannah) (Entered: 02/26/2007) |
| 02/26/2007 | 53 | Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Susannah R. Walker on behalf of Washington Mutual Bank, FA (RE: related document(s)45 Notice of Appeal, filed by Creditor Washington Mutual Bank, FA). Appellee designation due by 3/8/2007. (Walker, Susannah) (Entered: 02/26/2007) |
| 02/27/2007 | 54 | AMENDED STATEMENT OF THE ISSUES TO BE PRESENTED Filed by Susannah R. Walker on behalf of Washington Mutual Bank, FA (RE: related document(s)45 Notice of Appeal, filed by Creditor Washington Mutual Bank, FA, 53 Appellant Designation and Issues on Appeal, filed by Creditor Washington Mutual Bank, FA). Appellee designation due by 3/9/2007. (Walker, Susannah) Modified text per PDF image on 2/28/2007 (DS, ). (Entered: 02/27/2007) |
| 03/08/2007 | 55 | Transcript Due re: Appeal (Non-Image Entry) (RE: related document(s)52 Request for Transcript re: Appeal,, 51 Request for Transcript re: Appeal, ). Transcript Due by 3/26/2006. **Transcriptionist's Acknowledgment indicates an estimated completion date of 3/25/2007. (LB, ) Additional attachment(s) added on** |

| | 3/8/2007 (LB, ). (Entered: 03/08/2007) |