IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL BANK ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv209-WHA |
| ) | |
| JAMES D. HILDRETH, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The purpose of this order is to dispel any confusion regarding present deadlines.

Following Rule 8009 of the Federal Rules of Bankruptcy Procedure, the Appellant shall file its brief **on or before April 13, 2007**, the Appellee shall file its brief **on or before April 28, 2007**, and the Appellant, if so inclined, shall file a reply brief **on or before May 8, 2007**. The appeal will taken under submission on that day for determination without oral hearing.

Done this 9th day of April, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE