IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: } | |
| WASHINGTON MUTUAL BANK, } | |
| APPELLANT } | |
| v. } | |
| Hildreth, James D., } | CASE NO: 3:07-cv-00209-WHA |
| APPELLEE, } | |
| Hildreth, Eldora B., } | |
| APPELLEE, } | |
| } | |

## AGREEMENT REGARDING DISMISSAL OF APPEAL

Comes now WASHINGTON MUTUAL BANK, its principals, investors, successors, and/or assigns, if any, (hereinafter "Appellant"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and JAMES & ELDORA HILDRETH, (hereinafter "Appellee"), by and through its undersigned counsel of record, Patrick Loftin, based on the agreement of the parties requests a dismissal of this Appeal, and in support thereof states as follows:

1. A notice of Appeal was filed by Appellant on February 16, 2007.
2. The Appeal was transmitted to this Honorable Court on March 8, 2007.
3. The parties hereby agree to the dismissal of this Appeal and the Appellant agrees to pay any court costs of fees that may be due.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will dismiss this matter on the agreement of the parties.

AGREED TO AND APPROVED:

/s/ Susannah Walker
SUSANNAH WALKER
Attorney for Creditor
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South, Suite 500
Birmingham, Alabama 35205
Telephone: 205-930-5424

/s/ Patrick Loftin
PATRICK LOFTIN
Attorney for Debtors
P.O. Box 2566
Phenix City, AL 36868-2566